BERNARDINA ROBERTO, as Administratrix, etc., of GENEROSO ROBERTO, Deceased, Respondent; v. JOHN F. SCHMADEKE, INC., Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THERESA ROBERTS, Respondent, v. HARRY CORDERO, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff within twenty days stipulate to reduce the verdict to the sum of $2,500, and modify the judgment accordingly; in which event the judgment as so modified and the order are unanimously affirmed, without costs. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

NORMAN ROCKWELL, Respondent, v. WYKAGYL HOMES, INC., Defendant; Impleaded with WYKAGYL HOLDING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

LENA VOGELSANG, Respondent, v. CHRISTIAN VOGELSANG, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Mills, Rich, Putnam and Blackmar, JJ., concur; Kelly, J., dissents.

WESTCHESTER TRUST COMPANY, Appellant, v. MARY E. HOLMES, Respondent.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

GERALD M. WILDES, Respondent, v. AMERICAN CORPORATION FOR INTERNATIONAL COMMERCE, INC., a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

WYKAGYL CONSTRUCTION CO., INC., Appellant, v. MACBEAN & HUERSTEL, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Updike* v. *Mace* (156 App. Div. 381). Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

WILLIAM BRUNE, Appellant, v. WILHELMINA K. VOM LEHN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Blackmar, P. J., Rich, Putnam and Jaycox, JJ., concur; Mills, J., not voting.